In re HUGGINS. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) In the matter of the application of Ira D. Huggins to take and perpetuate the testimony of John Huggins and Clarissa Huggins. No opinion. Order affirmed, with $10 costs and disbursements.

HUGHES, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by William Hughes against Henry J. Jones and William Jones, composing the firm of Henry Jones & Son. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re HUNT. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of the proceedings for the disbarment of Dennis W. Hunt, an attorney and counselor. No opinion. Order entered referring the matters presented to George S. Hooker, Esq., an attorney and counselor, as referee, to hear and report the evidence, together with his opinion thereon, to this court at the opening of the term convening May 5th next.

IZZO, Respondent, v. LUDINGTON, Appellant. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Action by Frank D. Izzo against Ira M. Ludington. No opinion. Motion denied.

JEFFERS, Respondent, v. McLENNAN PAINT CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by John G. Jeffers against the McLennan Paint Company, Limited.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that plaintiff's evidence does not establish with sufficient clearness his right, under the first contract, to recover commissions upon the amount of sales allowed by the referee.

JOHNSON, Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Christina Johnson against John J. Manning, as president, etc.

PER CURIAM. Motion denied. The papers make it apparent that in conformity with our order application has been made to the Municipal Court justice, who has now amended his order so that the merits of the case can be presented in this court, and the argument must be brought on in the regular way.

JOHNSTON et al. v. HILTON. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by Fanny Johnston and others against Albert B. Hilton. No opinion. Motion denied, with $10 costs.

In re JONES. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of the accounting of Horace T. Jones, as trustee under the last will and testament of Georgiana T. Huff, deceased. No opinion. Decree reversed, and case remitted to the Surrogate's Court, to enable it to make a decision therein pursuant to section 2545, Code Civ. Proc., without costs of this appeal to either party.

JONES, Respondent, v. AMERICAN LAW BOOK CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Basil Jones against the American Law Book Company. A. T. Gurlitz, for appellant. A. R. Watson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by W. Martin Jones against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant upon the nonsuit, with costs. Held, that although the plaintiff made a contract with defendant through its agent, West, for the through carriage of his horse, which his agent, Spence, was not entitled to change, still the latter had authority to make a contract with the defendant providing for the service of notice of any claim; that plaintiff failed to comply with the provisions of the bill of lading upon this subject, and is thereby barred from maintaining this action. Jennings v. Grand Trunk Ry. Co., 127 N. Y. 438, 28 N. E. 394.

JOSLYN, Respondent, v. VARNEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Sanford L. Joslyn against Ernest Varney. No opinion. Order affirmed, with $10 costs and disbursements.

In re KALBFLEISCH'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) In the matter of the estate of Catherine C. Kalbfleisch, deceased. No opinion. Motion denied, with $10 costs.

KELDERHOUSE, Respondent, v. NEWERF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by John Kelderhouse against Nicholas C. Newerf. No opinion. Judgment affirmed, with costs.

KELLY, Respondent, v. COSGROVE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by George T. Kelly against Joseph J. Cosgrove and George J. Simons. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.